# A B E   I n v e s t i g a t i o n s

**121 Broadway Suite 570**
**San Diego CA, 92101**
Phone: (619) 696-5270
Fax: (619) 377-0152
e-mail: abe_investigations@sbcglobal.net

California License PI 23891

September 20th, 2021

US v. Soto Aguilar
21-mj-02038

## REVISED INVESTIGATIVE REPORT

Between June 23, 2021 and July 15, 2021, 13 material witnesses were interviewed by defense counsel; their respective Atty's were also present during the interviews.

The following are statements of material witnesses to be use in mitigation:

Badillo-Avendano, Prudencio-Guerrero, Mora-Pelayo and Mendez-Lopez indicated they were aware that the risk involved in a maritime smuggling was much greater than being smuggled by land. They also decided to take the risk because despite being way more dangerous, crossing by water had a much better chance of success.

Romero-Romero, Rangel-Ventura, Macias-Luna, Garcia-Flores and Sanchez-Sanchez remembered Defendant complaining about the malfunctioning of the engine and didn't want to continue the trip.

As the engine continued to loose power, defendant complained to co-defendant who contacted the "boss" and told defendant what was decided according to Romero-Romero, Sachez-Sanchez, Rangel-Ventura and De La Rosa.

After the first night, the engine had to be fixed, the material witnesses were taken to an island with a cave while they waited they were brought food. All material witnesses remembered this.

When the boat returned to the island for the second time, Macias Luna and Garcia-Flores remembered Geraldo-Romero instructing the people from "el chango" to leave the panga and stay in the island.

Two phone calls were made to abort the trip, after departing the island a second time, De La Rosa heard co defendant saying that two calls have been made already and they could not call a third time as Soto Aguilar and Geraldo-Romero would get in trouble.

Romero-Romero, Garcia-Flores, Sanchez-Sanchez, Hernandez-Aparicio and Prudencio Guerrero stated that the destination was San Clemente but due to lack of gas and turbulence, it was aborted and beached at La Jolla.

Mario Alberto Prudencio-Guerrero and Jose Maria de la Rosa remembered seeing
Victor Soto-Aguilar going in reverse, in order to pull a body out of the water. Once inside the boat, Geraldo-Romero tried unsuccessfully to resuscitate the person who had drown.

Jose Maria de la Rosa saw people struggling to remain afloat and remembered Soto-Aguilar trying

to get closer to them, but unable to rescue anyone due to the risk of hurting people in the water with the propeller.

Alejandra Bossi-Espinal