# [Translation]

Attn.: Rogelio Perez Gutierrez' family.

It has been a while that I started writing this letter of condolence and apology. I would like to let you know that I feel completely responsible, and that is the reason why I admitted culpability to spare the family going through a trial. My sentencing time will expire at some point, but his loss will remain forever. I would like you to know that we did everything possible to save Rogelio, but unfortunately by the time we took him out of the water it was too late.

I will have his death on my conscience for the rest of my life, for every morning I wake up and every night I go to sleep, I will remember the time that Rogelio ceased to exist.

I would like to again address his family and offer an apology from the bottom of my heart. I know his death will leave a gap in the family and friends that will never be filled.

[Signature]
Victor Soto Aguilar

**Translator**: I, Guillermo Espinal, UCSD Certified Translator, hereby certify that the aforementioned translation is accurate and complete to the best of my knowledge and belief. (619) 200.8544.

Para la familia de Rogelio Perez Guetierrez.
hace tiempo que llevo escribiendo esta Carta desde el Comienzo,
escribo esta Carta de disculpas y Condolencias.
Quiero dejarles Saber que me Siento totalmente Responsable,
es por eso que hacepte mi Colpabilidad para harrorle a la
Familia el trauma de pasar por un Juicio. Se que en algun momento
mi tiempo en prision va a terminar, pero su perdida sera
para Siempre, quiero que Sepan que hicimos todo lo posible
para Salvar a Rogelio, desgraciadamente al Sacarlo del agua
ya era demasiado tarde.
quiero que sepa que por el resto de mi vida voy a llevar la
muerte de rogelio en mi Consiencia.
Cada mañana cuando despierte y Cada noche Cuando me valla
a dormir, recordare ese momento en el Cual rogelio dejo de existir
en este mundo, por lo cual nuevamente me dirijo a la familia
ofreciendo una disculpa desde lo mas profundo de mi Corazón,
Se que ese Vacio que deja Sera Inrreparable para familiares
y Amigos.

        Victor Soto Aguilar.